IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LARRY LAWRENCE                    :      CIVIL ACTION
                                  :
      v.                          :
                                  :
THOMAS H. HOGAN, et al.           :      NO. 04-1647


ORDER


        AND NOW, this 2nd day of June, 2005, whereas the

Petition for Writ of Habeas Corpus attacks both the petitioner's

state court conviction and his deportation proceedings; whereas

United States Magistrate Judge Jacob P. Hart issued a Report and

Recommendation recommending that the Petition for Writ of Habeas

Corpus be denied in part and transferred in part; whereas Judge

Hart recommended that the petition be denied to the extent the

petition attacks the state court conviction and to the extent the

petition attacks his deportation proceedings, the petition be

transferred to the United States District Court for the Middle

District of Pennsylvania; whereas on January 6, 2005, the Court

issued an order in which it agreed with the defendants that this

was the appropriate court to adjudicate the immigration issues;

whereas the Court thereafter appointed Mr. Steven Morley to

represent the petitioner on the immigration part of the petition;

whereas the Emergency Supplemental Appropriations Act for

Defense, the Global War on Terror, and Tsunami Relief, 2005, Pub.

L. No. 109-13, 119 Stat. 231 (2005), which became effective with

the President's signature on May 11, 2005, and, <u>inter</u> <u>alia</u>,

amended the Judicial Review provisions of Section 242 of the

Immigration and Nationality Act, 8 U.S.C. § 1252, to provide that

courts of appeal "shall be the sole and exclusive means for

judicial review of an order of removal entered or issued under

any provision of" the Immigration and Nationality Act, see

§ 106(a)(1)(B), and providing that for any action currently

("challenging a final administrative order of removal,

deportation, or exclusion . . . in a district court on the date

of the enactment of this division . . . the district court shall

transfer the case . . . to the court of appeals for the circuit

in which a petition for review could have been properly filed,"

see § 106(c); and, whereas the parties agree that the immigration

claim should be transferred to the United States Court of Appeals

for the Third Circuit, IT IS HEREBY ORDERED that the Report and

Recommendation of Judge Hart is approved and adopted with respect

to the petitioner's attack on his conviction.  The Court has

already rejected the Report and Recommendation with respect to

the jurisdiction of this Court to consider the immigration

issues.  IT IS FURTHER ORDERED that this case is transferred to

the United States Court of Appeals for the Third Circuit.


                              BY THE COURT:



                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.


                                2